AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
STRICT
INDIANAPOLIS
16 NOV 15 PM 3:48
SOUTHERN DISTRICT
OF INDIANA
LURA A. BRIGGS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:16-cr-0249 JMS -MJD |
| | ) | 1:16-cr-     -02 |
| JESSICA DREYER | ) | |
| Defendant | ) | |

FILED
NOV 18 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JESSICA DREYER ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Date: 11/15/2016

CLERK OF COURT, Laura A. Briggs
BY: _____
    *Deputy Clerk*

City and state: Indianapolis, Indiana

### Return

This warrant was received on *(date)* 11/15/16 , and the person was arrested on *(date)* 11/17/16
at *(city and state)* Indianapolis, IN

Date: 11/18/16

*Arresting officer's signature*

Kerry Inglis, Special Agent
*Printed name and title*